# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| RONALD MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| FIVE STAR FOOD SERVICE, INC. | ) |
| and SYLVIA MARLER, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO:    J. Abigail Burke
         Logan-Thompson, P.C.
         P.O. Box 191
         Cleveland, Tennessee 37364-0191

       Notice is hereby given that Defendants Five Star Food Service, Inc. and Sylvia Marler have this day filed in the United States District Court for the Eastern District of Tennessee at Chattanooga a Notice of Removal of this cause from the Chancery Court of Bradley County, Tennessee, to said District Court and have attached to the said Notice of Removal a copy of all pleadings filed in this cause to date and served upon Defendants. A copy of Defendants' Notice of Removal is attached hereto and served herewith.

       DATED: December 29, 2016.

**Collective Exhibit B**

Respectfully submitted,

**EVANS HARRISON HACKETT, PLLC**

/s/ John C. Harrison
**John C. Harrison**, (TN BPR No. 7308)
/s/ Maury Nicely
**Maury Nicely**, (TN BPR No. 18997)
*Attorneys for Defendant*
835 Georgia Avenue, Suite 800
Chattanooga, TN  37402
Phone:  423.648.7890
Fax:  423.648.7897
jharrison@ehhlaw.com
mnicely@ehhlaw.com

Counsel for Defendants Five Star Food Service, Inc. and Sylvia Marler

## CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing Notice of Removal was made upon the following counsel of record for the Plaintiff, a Filing User, through the Court's Electronic Filing System and via United States mail, postage prepaid and properly addressed:

J. Abigail Burke
Logan-Thompson, P.C.
P.O. Box 191
Cleveland, Tennessee 37364-0191.

This the 29th day of December, 2016.

**EVANS HARRISON HACKETT, PLLC**

/s/ Maury Nicely
Maury Nicely (TN BPR No. 18997)

## IN THE CHANCERY COURT FOR BRADLEY COUNTY, TENNESSEE

| | |
|---|---|
| RONALD MOORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIVE STAR FOOD SERVICE, INC. )<br>and SYLVIA MARLER, )<br>)<br>Defendants. ) | CASE NO. 2016-CV-241 |

### NOTICE OF REMOVAL

TO:   Hon. Sarah Coleman
      Clerk & Master
      Bradley County Chancery Court
      155 North Ocoee Street
      Cleveland, Tennessee 37311

Notice is hereby given that this cause has been removed to the United States District Court for the Eastern District of Tennessee at Chattanooga, and that the State Court may proceed no further herein.

You will find herewith a copy of a Notice of Removal which has been filed by Defendants Five Star Food Service, Inc. and Sylvia Marler this day in said District Court.

Please promptly acknowledge receipt and the filing of this Notice of Removal and said copy of the District Court Notice of Removal in your office by completing and signing the Acknowledgment of Receipt of Notice of Removal found at the bottom of this Notice, an extra copy of which is enclosed for this purpose with the request that it be returned when signed.

DATED: December 29, 2016.

EVANS HARRISON HACKETT PLLC

By: _____
John C. Harrison (TN BPR No. 7308)
Maury Nicely (TN BPR No. 18997)
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402
Phone: 423.648.7890
Fax: 423.648.7897
jharrison@ehhlaw.com
mnicely@ehhlaw.com

Counsel for Defendants Five Star Food Service, Inc. and Sylvia Marler

## ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF REMOVAL

I, Sarah Coleman, Bradley County Clerk and Master, hereby acknowledge receipt of the above Notice of Removal and papers referred to therein, and certify that I have on the date and hour below stated filed a copy of the Notice of Removal of this cause to the United States District Court for the Eastern District of Tennessee in my office at Cleveland, Tennessee, this _____ day of December, 2016, at _____.m. Eastern Time.

BRADLEY COUNTY CLERK AND MASTER

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 29th day of December, 2016, caused a copy of the foregoing to be served upon the following counsel of record for the Plaintiff:

>   J. Abigail Burke
>   Logan-Thompson, P.C.
>   P.O. Box 191
>   Cleveland, TN 37364-0191

by deposit in the United States Mail, postage prepaid and properly addressed.

By: _____
Maury Nicely (TN BPR No. 18997)

3