UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

_____

| | | |
|---|---|---|
| **RONALD MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 1:16-cv-00514 |
| | ) | |
| v. | ) | Judge Collier |
| | ) | |
| **FIVE STAR FOOD SERVICE, INC.,** | ) | Magistrate Judge Lee |
| and **SYLVIA MARLER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

### STIPULATION OF DISMISAL
_____

The Plaintiff, **RONALD MOORE**, and the Defendants, **FIVE STAR FOOD SERVICE, INC.**, and **SYLVIA MARLER**, all by their undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims by Plaintiff against Defendants are dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| LOGAN-THOMPSON, P.C. | EVANS HARRISON HACKETT PLLC |
| | |
| By: s/J. Abigail Burke | By: s/John C. Harrison |
| J. Abigail Burke (BPR No. 034170) | John C. Harrison (BPR No. 7308) |
| Logan-Thompson, P.C. | By: s/Everett L. Hixson, III |
| P.O. Box 191 | Everett L. Hixson, III (BPR No. 33345) |
| Cleveland, Tennessee 37364-0191 | One Central Plaza, Suite 800 |
| Phone: (423) 476-2251 | 835 Georgia Avenue |
| Fax: (423) 472-0211 | Chattanooga, TN 37402 |
| E-Mail: aburke@loganthompsonlaw.com | Phone: (423) 648-7890 |
| | Fax: (423) 648-7987 |
| | E-Mail: jharrison@ehhlaw.com |
| Counsel for Plaintiff | |
| | Counsel for Defendants |